

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00276-CV

| | | |
|---|---|---|
| MAUREEN SCOTT, Appellant | § | On Appeal from the 211th District Court |
| | § | of Denton County (20-7037-211) |
| V. | § | March 28, 2024 |
| WAYNE KEITH SMITH, Appellee | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Maureen Scott shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach